UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:25-cv-80309-Cannon/McCabe

CRYSTAL SKURZEWSKI,

    Plaintiff/Counter-Defendant,

V.

TPUSA, INC.,

    Defendant/Counter-Plaintiff.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant, Crystal Skurzewski, and Defendant/Counter-Plaintiff, TPUSA, Inc., by and through their undersigned counsel, hereby advise the Court that they have reached a settlement in the above-styled case.  The Parties are in the process of preparing a formal Settlement Agreement and will file a Joint Stipulation of Dismissal with Prejudice in accordance with that Settlement Agreement once executed.

Dated:  October 4, 2025                                   Respectfully submitted,

| | |
|---|---|
| s/ Angeli Murthy<br>Angeli Murthy<br>Florida Bar No. 088758<br>amurthy@forthepeople.com<br>**Morgan & Morgan, P.A.**<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Telephone: (954) 318-0268<br>Facsimile:  (954) 327-3016<br><br>and<br><br>C. Ryan Morgan<br>Florida Bar No. 0015527<br>rmorgan@forthepeople.com | s/ Sarah Lis<br>Eric A. Gordon<br>Florida Bar No. 071341<br>M. Megan Coughlin<br>Florida Bar No. 113667<br>eric.gordon@akerman.com<br>danielle.putnam@akerman.com<br>megan.coughlin@akerman.com<br>**AKERMAN LLP**<br>777 South Flagler Drive<br>Suite 1100 West Tower<br>West Palm Beach, FL 33401<br>Telephone:  (561) 653-5000<br>Facsimile:  (561) 659-6313 |

83410360;1

2

| | |
|---|---|
| **Morgan & Morgan, P.A.**<br>20 N. Orange Avenue, 15th Floor<br>P.O. Box 4979<br>Orlando, FL 32802<br>Telephone:  (407) 420-1414<br>Facsimile:  (407) 245-3401<br><br>*Attorneys for Plaintiff/Counter-Defendant* | and<br><br>Sarah J. Lis<br>Florida Bar No. 70747<br>Primary e-mail: sarah.lis@akerman.com<br>Secondary e-mail:  jill.parnes@akerman.com<br>**AKERMAN LLP**<br>201 E. Las Olas Blvd., 18th Floor<br>Ft. Lauderdale, FL 33301<br>Telephone:  (954) 463-2700<br>Facsimile: (954) 463-2224<br><br>*Attorneys for Defendant/Counter-Plaintiff* |

83410360;1